# EXHIBIT A

CH1\ 4014096.1

Order            (2/24/05) CCG N002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Western Capital Partners

v.

Jackson Park Pinnacle Plaza

Ridgeland East End, LLC
Gregory Perkins et al

No.    07 CH 23740
       08 CH 06055

### ORDER

THIS CAUSE coming on to be heard on Western Capital's Motion to Disqualify Cooht Revali As counsel in the above-captioned cases: the Court having heard the argument and read the briefs;

IT IS HEREBY ORDERED that the Motion is granted for the reasons stated in the record.

THIS matter is set for status on December 2, 2008 at 10:15 and the November 5, 2008 status hearing is stricken.

Atty. No.: 2109

Name: J. MARK FISHER
       Schiff Hardin LLP

Atty. for: Western Capital

Address: 6600 Sears Tower

City/State/Zip: Chicago, IL 60606

Telephone: 312-258-5710

ENTERED:

Dated:

ENTERED
JUDGE NANCY J. ARNOLD-1732
OCT 23 2008
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Judge                  Judge's No.

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS